IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

|  |  |
|---|---|
| CARLEIGH DEVON BRUNOT AND MATTHEW WALSH, as parents and natural guardians of S.W.,  a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>BIG SKY RESORT LLC and JOHN DOES A-Z,<br><br>Defendants. | CV-25-03-BU-JTJ<br><br>ORDER |

On March 13, 2026, Defendant, Big Sky Resort, LLC (Big Sky) filed a Motion for Partial Summary Judgment and a brief in support contending Counts II through IX of Plaintiffs' Carleigh Devon Brunot and Matthew Walsh (Brunot) Complaint should be dismissed. (Docs. 18 and 19).  Brunot filed a response on March 26, 2026. (Doc. 31). Brunot's response stated it did not oppose Big Sky's motion regarding Count II and Counts IV-IX.  (Id., p. 2).

Accordingly,

IT IS ORDERED that Big Sky's Motion for Partial Summary Judgment (Doc. 18) regarding Counts II and Counts IV-IX is GRANTED.

DATED this 10th day of April 2026.

John Johnston
United States Magistrate Judge