**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BUTTE DIVISION**

| | |
|---|---|
| CARLEIGH DEVIN BRUNOT and MATTHEW WALSH as parents and guardians of S.W., a minor,<br><br>Plaintiff,<br><br>vs.<br><br>BIG SKY RESORT, LLC,<br><br>Defendant. | Cause No. CV-25-003-BU-JTJ<br><br>**ORDER** |

Before the Court is the Parties' joint Stipulation for Dismissal with Prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). (Doc. ). The Parties agree that the action shall be dismissed with prejudice and that each party shall be responsible for their own attorney fees and costs.

Accordingly, IT IS ORDERED that the above captioned matter is DISMISSED WITH PREJUDICE with each party bearing their own attorney fees and costs.

DATED this 23rd day of September, 2026.

John Johnston
United States Magistrate Judge